# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132823(54)(55)

KEVIN SMITH,
   Plaintiff-Appellee,

v

             SC: 132823
             COA: 262139
LOUIE KHOURI, D.D.S., LOUIE KHOURI, Oakland CC: 2003-047984-NH
D.D.S., P.C., and ADVANCED DENTAL CARE
CLINIC, L.L.C.,
   Defendants-Appellants.
_____

   On order of the Chief Justice, the motion by the Negligence Section of the State Bar of Michigan for leave to file a brief *amicus curiae* and the motion for immediate consideration are considered and they are GRANTED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

               Clerk